460 A.2d 753

**COMMONWEALTH of Pennsylvania ex rel. F. Geoffrey TOONDER**

v.

**Andrea M. TOONDER.**

**Appeal of F. Geoffrey TOONDER.**

Supreme Court of Pennsylvania.

Argued May 25, 1983.

Decided May 31, 1983.

Jack I. Kaufman, Allentown, for appellant.

John E. Roberts, Allentown, for appellee.

Before ROBERTS, C.J., and LARSEN, FLAHERTY, McDERMOTT and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order, 292 Pa.Super. 483, 433 A.2d 105, affirmed.

NIX and HUTCHINSON, JJ., did not participate in the consideration or decision of this case.